**FILED**

APR - 5 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

### IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. ___2:06CR90-MHT___ |
| | ) | |
| v. | ) | [18 USC 1344; |
| | ) | 18 USC 2; |
| | ) | 18 USC 1028A(a)(1); |
| | ) | 42 USC 408(a)(7)(B)] |
| BENEDICT OLUSOLA ADANDE, and | ) | |
| ADRIAN LAMONT WHITE | ) | **INDICTMENT** |

**The Grand Jury charges:**

### COUNT 1

From about the month of September, 2005, continuing up to and including about the

month of November, 2005, in Pike County, Alabama, and elsewhere within the Middle District

of Alabama, the defendants,

BENEDICT OLUSOLA ADANDE, and,
ADRIAN LAMONT WHITE,

while aiding and abetting one another, knowingly and willfully executed and attempted to

execute a scheme to obtain the moneys, funds, assets, and other property owned by, and under

the custody and control of, a financial institution, namely Bank of America, N.A, a bank

whose deposits were then insured by the Federal Deposit Insurance Corporation, by means of

false and fraudulent pretenses and representations. The scheme to defraud consisted of the

White, at the direction of Adande, opening an account at Bank of America, N.A., using

White's identifying information. Subsequently, deposits were made into the Bank of America,

N.A., account through fraudulent checks and wire transfers. White was paid $500 for

obtaining the account. Adande then used the debit card associated with the Bank of America,

N.A., account to obtain cash through Army Aviation Credit Union, Troy, Alabama, Automated Teller Machine ("ATM") withdrawals, purchase postal money orders, and obtain services and merchandise from retailers and other businesses. Because the funds that had been deposited into the Bank of America, N.A., account were fraudulent, the Adande withdrawals and purchases were not covered by sufficient funds. The scheme resulted in the defendants fraudulently obtaining over $34,000 in cash, services, and merchandise, in violation of Title 18, United States Code, Section 1344.

## COUNT 2

From about the month of January, 2006, continuing up to and including about the month of February, 2006, in Pike and Montgomery Counties, Alabama, and elsewhere within the Middle District of Alabama, the defendant,

### BENEDICT OLUSOLA ADANDE,

knowingly and willfully executed and attempted to execute a scheme to obtain the moneys, funds, assets, and other property owned by, and under the custody and control of, a financial institution, namely Bank of America, N.A, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, by means of false and fraudulent pretenses and representations. The scheme to defraud consisted of the defendant altering the mailing address of the lawful account holder, hereinafter identified as A.B, so that the debit card associated with that Bank of America, N.A., account would be delivered to the defendant. The defendant then used A.B.'s debit card to obtain cash through Army Aviation Credit Union, Troy, Alabama, ATM withdrawals, Colonial Bank, Troy, Alabama, ATM withdrawals, and Regions

2

Bank, Troy, Alabama, ATM withdrawals, and other ATM withdrawals; purchase postal money orders; and obtain services and merchandise from retailers and other businesses  The scheme resulted in the defendant fraudulently obtaining over $16,900, in cash, services, and merchandise, all in violation of Title 18, United States Code, Section 1344.

### COUNT 3

From about the month of January, 2006, continuing up to and including about the month of February, 2006, in Montgomery and Pike Counties, Alabama, and elsewhere within the Middle District of Alabama, the defendant,

### BENEDICT OLUSOLA ADANDE,

during and in relation to an enumerated felony, namely, bank fraud as charged in Count 2, of this Indictment, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, namely A.B., in violation of Title 18, United States Code, Section 1028A(a)(1).

### COUNT 4

From on or about March 8, 2006 and continuing up to on or about March 10, 2006, in Pike and Montgomery Counties, Alabama, and elsewhere within the Middle District of Alabama, the defendant,

### BENEDICT OLUSOLA ADANDE,

did knowingly and with intent to deceive, falsely represent a number to be the Social Security account number assigned to him by the Secretary when in fact such is not the Social Security account number assigned to him by the Secretary, in violation of Title 42, United States Code,

3

Section 408(a)(7)(B).

A TRUE BILL:

*Jayne D Gilbert*

Foreperson

*Leura G. Canary*
LEURA G. CANARY
UNITED STATES ATTORNEY

*Todd A. Brown*
Todd A. Brown
Assistant United States Attorney

4