| COURTROOM DEPUTY'S MINUTES | MIDDLE DISTRICT OF ALABAMA |
|---|---|

---

√ INITIAL APPEARANCE                    DATE: April 11, 2006
❏ BOND HEARING
❏ DETENTION HEARING                 Digital Recording 4:30 - 4:40
❏ PRELIMINARY (EXAMINATION)(HEARING)
❏ REMOVAL HEARING (R.40)
√ ARRAIGNMENT

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker    **DEPUTY CLERK:** Joyce Taylor
**CASE NO.** 2:06cr90-MHT                **DEFENDANT NAME:** Adrian Lamont White
**AUSA:** Todd Brown                     **DEFT. ATTY:** Daniel Hamm
                                         Type Counsel: ( )Retained; (√) CJA; ( ) Waived; ( ) FPD
**USPO/USPTS:** Ron Thweatt
**Interpreter needed:** (√) NO; ( )YES   Name:

---

| | |
|---|---|
| √ | Date of Arrest April 11, 2006 or ❏ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ❏ Prob/Sup Rel Violator |
| √ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| √ | ORAL ORDER appointing CJA Panel Attorney Daniel Hamm - Notice of Appearance to be filed |
| ❏ | Deft. Advises he will retain counsel. Has retained _____ |
| ❏ | ❏ Government's ORAL Motion for Detention Hrg. ❏ to be followed by written motion; ❏ Government's WRITTEN Motion for Detention Hrg. filed |
| ❏ | Detention Hearing ❏ held; ❏set for |
| ❏ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❏ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| √ | Release order entered. Deft advised of conditions of release |
| √ | √ BOND EXECUTED (M/D AL charges) $25,000.00. Deft released |
| | ❏ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❏ | Bond not executed. Defendant to remain in Marshal's custody |
| ❏ | Deft. ORDERED REMOVED to originating district |
| ❏ | Waiver of ❏ preliminary hearing; ❏ Waiver Rule 40 hearing |
| ❏ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| √ | ARRAIGNMENT √ HELD. Plea of NOT GUILTY entered. ❏Set for            DISCOVERY DISCLOSURE DATE:  April 19, 2006 |
| √ | WAIVER of Speedy Trial.  CRIMINAL TERM: August 7, 2006 |
| ❏ | NOTICE to retained Criminal Defense Attorney handed to counsel |