**COURTROOM DEPUTY MINUTES**          **DATE :   JUNE 2, 2006**

**MIDDLE DISTRICT OF ALABAMA**          **DIGITAL RECORDED:   1:04- 1:06**

---

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE: CHARLES S. COODY          DEPUTY CLERK: WANDA STINSON**


**CASE NUMBER: 2:06CR90-MHT-CSC          DEFENDANT NAME:   ADRIAN L. WHITE**

## APPEARANCES

|              GOVERNMENT              |              DEFENDANT              |
| --- | --- |
| ATTY.  TOMMIE HARDWICK | ATTY.  DANIEL HAMM |

---

√     **DISCOVERY STATUS: Completed.**

_____

_____


√ **PENDING MOTION STATUS:   NONE.**

_____


√     **PLEA STATUS: Possible Plea or Possible Trial**

_____

_____


√     **TRIAL STATUS: Case will take 3-4 days, if goes to trial.**

_____


❏     **REMARKS:**

_____

_____