# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> V. <br><br> ADRIAN LAMONT WHITE, DEFENDANT. | CASE NUMBER <br><br> 2:06-CR-90-MHT |

## MOTION TO CONTINUE

**COMES NOW,** the defendant, Adrian White, by and through his counsel of record and moves this Honorable Court to continue the Defendant's trial by stating the following grounds:

1. The Defendant's trial is currently set for August 7, 2006.

2. Defendant and Counsel have been negotiating a plea with Todd Brown, Assistant United States Attorney.

3. Mr. Brown was recently deployed to active duty in Iraq and is expected to return in September. Mr. Brown is most familiar with the case and Defense Counsel feels that if a plea can be negotiated with Mr. Brown, the Assistant United States Attorney most familiar with the case, the best interest of the Defendant will be served.

4. Counsel request that this case be placed on a docket that will not see a trial until after Mr. Brown's return from active duty in September.

5. While the United States has just recently assigned new counsel to the case, negotiations will essentially be started over with new counsel.

6. Counsel has spoken to the Government and has been informed that the Government will not oppose a continuance in this case.

7. A *Waiver of Speedy Trial,* pursuant to *Title 18 United States Code §3161*, will be filed within the next few days to support the instant motion.

**WHEREFORE,** the above premises considered, the Defendant prays that this Honorable Court will grant the foregoing motion and continue the Defendant's trial t

**RESPECTFULLY SUBMITTED** this the 19th day of July, 2006.

/s/ **Daniel G. Hamm**

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX              334-323-5666

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Motion to Continue by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorney named below or parties if not represented by counsel.

**DONE** this the 19th day of July, 2006.

/s/ Daniel G. Hamm

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

Verne H. Speirs
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36101