# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>ADRIAN LAMONT WHITE, DEFENDANT. | CASE NUMBER<br><br>2:06-CR-90-MHT |

## DEFENDANT'S WAIVER OF SPEEDY TRIAL

COMES NOW, the defendant, Adrian Lamont White, and having been informed of my rights to a speedy trial within seventy (70) days of my indictment. I am aware that the right to have this trial within this seventy day period is not absolute and that the Court, based upon the need for justice, or at my request or a request by the government may grant a continuance and extend the time period before my trial.

I hereby knowingly waive my rights to a speedy trial pursuant to *Title 18 United States Code §3161.*

RESPECTFULLY SUBMITTED this the 20th day of July, 2006.

_____
ADRIAN LAMONT WHITE
DEFENDANT

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Defendant's Waiver of Speedy Trial by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorney named below or parties if not represented by counsel.

**DONE** this the 20th day of July, 2006.

/s/ Daniel G. Hamm

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE   334-269-0269
FAX         334-323-5666

Verne H. Speirs
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36101