# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>V.<br><br>ADRIAN WHITE,<br>DEFENDANT. | CASE NUMBER<br><br>2:06-CR-090-MHT |

## MOTION TO DEEM DOCUMENTS PRODUCED BY GOVERNMENT DURING DISCOVERY AS AUTHENTIC

**COMES NOW,** the defendant, Adrian White, by and through his counsel of record and moves this Honorable Court for an Order deeming discovery documents produced by the Government as authentic by stating the following grounds:

1. The Defendant's trial is currently set for October 30, 2006.

2. The discovery provided by the Government contained 572 pages of documents which included information regarding multiple bank accounts, banking transactions, and postal offices in several states, all of which should be deemed authentic.

3. Should the Defendant be required to authenticate these documents through testimony the cost would be prohibitive and involve multiple subpoena s to the custodian of records for several banks and postal service employees from at

least Alabama, New York and Georgia. This authentication process would be very time consuming and expensive since most of the transactions did not occur in the Montgomery area.

    4.  The Defendant does not request a decision on relevance as to the subject document at this time.

**WHEREFORE,** the above premises considered, the Defendant prays that this Honorable Court will issue an Order deeming all documents received in discovery as being authentic.

**RESPECTFULLY SUBMITTED** this the 20th day of October, 2006.

**/s/ Daniel G. Hamm**

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Motion to Deem Documents Produced by Government During Discovery as Authentic by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorney named below or parties if not represented by counsel.

**DONE** this the 20th day of October, 2006.

/s/ **Daniel G. Hamm**

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE   334-269-0269
FAX              334-323-5666

Todd Brown
Assistant United States Attorney
One Court Square, Suite 201
Post Office Box 197
Montgomery, Alabama 36101