# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>ADRIAN LAMONT WHITE, DEFENDANT | CASE NUMBER<br><br>2:06-CR-090-MHT |

## EMERGENCY MOTION FOR TRANSCRIPT

**COMES NOW** the defendant, Adrian Lamont White, by and through the undersigned, Daniel G. Hamm, and hereby moves this Honorable Court for an Order providing him the Transcript of the October 23, 2006, Change of Plea Hearing of co-defendant Benedict Adande, by stating the following:

1. The Defendant is indigent and has been charged with aiding and abetting one another, knowingly and willfully executed and attempted to execute a scheme to obtain money, funds, or other property owned by, and under the custody and control of, a financial institution, namely Bank of America in violation of Title 18 USC § 1344.

2. Defendant believes that testimony from the co-defendant's Change of Plea Hearing will be necessary and helpful to the Defendant's defense. The transcript will also be used for impeachment should that be necessary.

**WHEREFORE, THE PREMISES CONSIDERED**, the Defendant moves this Honorable Court for an Order directing the Clerk of the Court to secure a transcript of the

aforementioned change of plea hearing and that said transcript be provided to the Defendant prior to October 27, 2006 at no cost to the Defendant.

**RESPECTFULLY SUBMITTED** this the 23rd day of October, 2006.

        **/s/ Daniel G. Hamm**

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE   334-269-0269
FAX         334-323-5666

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Emergency Motion for Transcript by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorney named below or parties if not represented by counsel.

**DONE** this the 23rd day of October, 2006.

/s/ Daniel G. Hamm
_____
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE., A.
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

Mr. Todd Brown
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197