IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.   2:06-cr-90-MHT-CSC |
| | ) | |
| ADRIAN LAMONT WHITE | ) | |

MOTION FOR LEAVE TO DISMISS INDICTMENT WITHOUT PREJUDICE

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to dismiss without prejudice the Indictment as to **ADRIAN LAMONT WHITE only**, heretofore filed in the above styled cause, on the following grounds, to wit:

IN THE INTEREST OF JUSTICE.

Respectfully submitted this the 23rd day of October, 2006.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        s/Todd A. Brown
        TODD A. BROWN
        Assistant United States Attorney
        One Court Square, Suite 201
        Montgomery, AL 36104
        Phone: (334)223-7280
        Fax: (334)223-7135
        E-mail: todd.brown@usdoj.gov
        ASB-1901-O64T

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:06-cr-90-MHT-CSC |
| | ) | |
| ADRIAN LAMONT WHITE | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Daniel G. Hamm, Esquire.

    Respectfully submitted,

    s/Todd A. Brown
    TODD A. BROWN
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, AL 36104
    Phone: (334)223-7280
    Fax: (334)223-7135
    E-mail: todd.brown@usdoj.gov
    ASB-1901-O64T