IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                     ) | CR. Case No.: 2:06cr90-MHT |
| ) | |
| ADRIAN WHITE                             ) | |

## ORDER

Now pending before the court is the defendant's emergency motion for a transcript of co-defendant's change of plea hearing (doc. # 54) filed on October 23, 2006. On October 24, 2006, the court dismissed the indictment against the defendant. Accordingly, it is

ORDERED that the defendant's emergency motion for a transcript (doc. # 54) be and is hereby DENIED as moot.

Done this 26th day of October, 2006.

                                        /s/Charles S. Coody
                                    CHARLES S. COODY
                                    CHIEF UNITED STATES MAGISTRATE JUDGE