# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>ADRIAN WHITE, DEFENDANT | CASE NUMBERS<br>2:06-CR-90-MHT-CSC |

## MOTION TO WITHDRAW

**COMES NOW** the undersigned defense counsel in the above-styled matter and moves this Honorable Court for an Order allowing the withdrawal of the undersigned as counsel of record for the Defendant, by stating the following:

1. Counsel was appointed to represent the Defendant on or around April 11, 2006.

2. The Government filed a motion to dismiss the indictment against the Defendant and this Honorable Court granted said motion on October 24, 2006.

3. That the above-styled matter is closed as to this Defendant.

**WHEREFORE** the above premises considered the undersigned prays this Honorable Court will issue an Order withdrawing his representation of the Defendant in the above-styled matter

**RESPECTFULLY SUBMITTED** this the 16th day of February, 2007.

/s/ Daniel G. Hamm
―――――――――――――――――――
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Motion to Withdraw by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorneys named below.

**DONE** this the 16th day of February, 2007.

/s/ Daniel G. Hamm
―――――――――――――――――――
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

Todd A. Brown
Verne H. Speirs
Assistant United States Attorney
Post Office Boc 197
One Court Square, Suite 201
Montgomery, Alabama 36101-0197